424 A.2d 539

Commonwealth v. Kihn, Appellant.

Submitted April 12, 1978. John H. Corbett, Jr., Assistant Public Defender, for appellant; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and MONTGOMERY, JJ.

Judgment of sentence affirmed.